IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

DAVID H. GRIM,

       Plaintiff,

v.                                       Case No. 3:12-cv-09131

CAROLYN W. COLVIN,
Acting Commissioner of the
Social Security Administration,

       Defendant.

## JUDGMENT ORDER

In accordance with the MEMORANDUM OPINION entered this day, it is hereby **ORDERED** as follows:

(1) Plaintiff's request for judgment on the pleadings as articulated in his Brief in Support of Judgment on the Pleadings (ECF No. 10) is **DENIED**;

(2) The Commissioner's request for judgment on the pleadings as articulated in his Brief in Support of Defendant's Decision (ECF No. 17) is **GRANTED**;

(3) The final decision of the Commissioner is **AFFIRMED**; and

(4) This action is **DISMISSED** from the docket of this Court.

The Clerk is directed to provide copies of this Order to all counsel of record.

**ENTERED**: December 16, 2013

Cheryl A. Eifert
United States Magistrate Judge